## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-22799-KMM

Plaintiff:
**ALEJANDRO J. MEDINA URIBE**

vs.

Defendant:
**CLEANER'S GURU LLC, a Florida Limited Liability Company d/b/a TOTAL G TELECOM, and RAFAEL E. HERNANDEZ, Individually,**

For:
PEREGONZA THE ATTORNEYS
5201 BLUE LAGOON DRIVE SUITE 290
MIAMI, FL 33126

Received by Magic City Process Service, LLC on the 27th day of July, 2023 at 9:37 pm to be served on **RAFAEL E. HERNANDEZ, 4300 BISCAYNE BLVD, STE 203, MIAMI, FL 33137**.

I, JOSEPH R. DION, do hereby affirm that on the **10th day of August, 2023** at **9:30 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **SANTIAGO MOLINA** as **CO-RESIDENT** at the address of: **3332 TORREMOLINOS AVE, DORAL, FL 33178**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

_____
**JOSEPH R. DION**
2259

**Magic City Process Service, LLC
1825 PONCE DE LEON BLVD #283
CORAL GABLES, FL 33134
(786) 539-7227**

Our Job Serial Number: MGS-2023005376

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n