**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-22799-KMM

**ALEJANDRO J. MEDINA URIBE**,

      Plaintiff,

v.

**CLEANER'S GURU LLC**, a Florida Limited
Liability Company d/b/a TOTAL G TELECOM,
and **RAFAEL E. HERNANDEZ**, Individually,

      Defendants.

_____/

## PLAINTIFF'S STATEMENT OF CLAIM

      Plaintiff ALEJANDRO J. MEDINA URIBE ("Plaintiff"), by and through the undersigned

counsel, hereby files this Amended Statement of Claim pursuant to this Court's Order [ECF No.

4], dated July 31, 2023, and in support thereof states as follows:

      **A.**  **Initial Estimate of Plaintiff's Total Unpaid Overtime Wages**

      Plaintiff estimates that his total amount of unpaid overtime wages is, at a minimum,

**$15,300.00** exclusive of liquidated damages, attorneys' fees, and costs.  If liquidated damages are

awarded, Plaintiff would be owed $30,600.00, plus attorneys' fees and costs.

      **B.**  **Preliminary Calculation of Unpaid Overtime Wages**

| Time Frame | Overtime Rate of Pay | Hours Worked | Wages Owed (unliquidated) |
|---|---|---|---|
| March 1, 2021 - February 11, 2023 | $15.00/hour ($30.00 ÷ 2) | 50 hours/week | **$15,300.00** |

      Plaintiff was employed by Defendants from March 2021 through February 11, 2023 (102

workweeks).  Throughout Plaintiff's employment, Defendants paid Plaintiff a daily rate of $300.00

regardless of the number of hours that Plaintiff worked.  However, Defendants failed to

compensate Plaintiff at a rate of at least one and one-half times his regular rate of pay for any of the hours that Plaintiff worked beyond 40 per workweek. Throughout Plaintiff's employment with Defendants, Plaintiff typically worked five 10-hour shifts per week for Defendants' benefit, totaling 50 hours per week.

Given that Plaintiff was paid a daily rate of $300.00, Defendants compensated Plaintiff at a rate equating to $30.00 per hour based on Plaintiff's 10-hour workday ($300/day ÷ 10 hours/day = $30.00/hour). Accordingly, Plaintiff estimates that Defendants owe him, at a minimum, **$15,300.00** in unpaid overtime wages based on Plaintiff's halftime rate of $15.00 per hour [102 weeks × (10 hours/week × $15.00/hour)]. Defendant's decision not to compensate Plaintiff at the applicable overtime rate was intentional.

### C.  Estimation of Attorney's Fees and Costs

As of this Statement's date of filing, Plaintiff's undersigned counsel estimates that it has incurred approximately $4,606.50 in attorney's fees. Juan J. Perez, Esq. seeks an hourly rate of $380.00 as a founding partner of the undersigned firm with over eight years of experience as a Florida-licensed attorney. Mr. Perez has expended one (1) hour of attorney work in connection with the prosecution of this action. Nathaly Saavedra, Esq. seeks an hourly rate of $325.00 as a junior partner of the undersigned firm with over seven years of experience as a Florida-licensed attorney. Ms. Saavedra has expended six hours and thirty minutes (6.5 hours) of attorney work in connection with the prosecution of this action. P. Brooks LaRou, Esq. seeks an hourly rate of $200.00 as a first-year associate of the undersigned firm. Mr. LaRou has expended over ten hours and thirty minutes (10.57 hours) of attorney work in connection with the prosecution of this action. Additionally, Plaintiff has incurred $502.00 in costs as a result of this action ($402.00 filing fee + $100.00 service of process fee).

WHEREFORE, based on the foregoing, Plaintiff files this Amended Statement of Claim.

Dated: August 21, 2023

Respectfully submitted,

*/s/ P. Brooks LaRou*
Nathaly Saavedra, Esq.
Florida Bar No. 118315
Email: nathaly@peregonza.com
Juan J. Perez, Esq.
Florida Bar No. 115784
Email: juan@peregonza.com
P. Brooks LaRou, Esq.
Florida Bar No. 1039018
Email: brooks@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive, Suite 290
Miami, Florida 33126
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ P. Brooks LaRou*
P. Brooks LaRou, Esq.

**SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-22799-KMM

**Nathaly Saavedra, Esq.**
Florida Bar No. 118315
nathaly@peregonza.com
**Juan J. Perez, Esq.**
Florida Bar No. 115784
juan@peregonza.com
**P. Brooks LaRou, Esq.**
Florida Bar No. 1039018
brooks@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Blue Lagoon Drive, Suite 290
Miami, Florida 33126
Telephone: (786) 650-0202
Facsimile: (786) 650-0200
*Counsel for Plaintiff*

Method of Service: CM/ECF