UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEJANDRO J. MEDINA URIBE,        Case No.:      1:23-cv-22799-KMM

    Plaintiff,
v.

CLEANER'S GURU LLC, a Florida Limited Liability Company d/b/a TOTAL G TELECOM, and RAFAEL E. HERNANDEZ, Individually,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion"), filed by Cleaner's Guru LLC d/b/a Total G Telecom and Rafael E. Hernandez, on September 6th, 2023. The Court has reviewed the Motion and is fully advised in this matter. Accordingly and upon due consideration, IT IS HEREBY ORDERED and ADJUDGED as follows:

1. Defendants' Motion is GRANTED

2. Defendants shall respond to Plaintiff's Complaint on or before October 2, 2023.

**DONE AND ORDERED** this _____ day of _____ 2023, in Chambers of the United States District Court for the Southern District of Florida.

                                                                _____
                                                                THE HONORABLE K. MICHAEL MOORE
                                                                United States District Judge

cc: Counsel of Record