# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22799-KMM

ALEJANDRO J. MEDINA URIBE,

     Plaintiff,

v.

CLEANER'S GURU LLC and
RAFAEL E. HERNANDEZ,

     Defendants.

_____/

## SETTLEMENT CONFERENCE ORDER

The undersigned United States Magistrate Judge will conduct a Settlement Conference in this case on **Wednesday, October 11, 2023, at 9:00 A.M.**, following a referral for that purpose by the Honorable K. Michael Moore, United States District Judge.  (ECF No. 4).  In preparation for the Settlement Conference, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Settlement Conference on October 11, 2023 **shall** be attended by **all** parties, corporate representatives, and their counsel of record.  All persons named as individual parties shall be present and each entity shall have a party representative(s) present with full authority to bind the party up to and including the full amount claimed as damages plus any applicable attorney's fees and costs.

2. The parties shall appear in person at the C. Clyde Atkins United States Courthouse, 11th Floor, 301 North Miami Avenue, Miami, Florida 33128.

3. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s), shall be present.  Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

4. For claims brought under the Fair Labor Standards Act, 28 U.S.C. § 203 *et seq.*, the filing of a Statement of Claim or a Response to a Statement of Claim **shall** be accompanied by the service on opposing counsel of **all** supporting documentation therefor (*e.g.*, time sheets,

pay stubs, etc.).  **The failure to <u>fully</u> and <u>timely</u> comply with this requirement may result in the cancellation of the Settlement Conference and the imposition of sanctions upon the Parties and their counsel**.  Service of supportive documents the day before the scheduled settlement conference will all but certainly preclude a meaningful conference from proceeding.

5.   The settlement conference will not be continued absent extremely compelling circumstances. Any motion for a continuance shall provide dates and times that are available for **<u>all</u>** parties.

6.   The parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English.  In the event a party requires an interpreter, it shall be that party's burden to provide one.  The parties may not share an interpreter.

7.   The conference shall be conducted without a court reporter and will not be tape-recorded. All representations and statements made at the conference shall remain confidential.

8.   In the event this matter settles prior to the conference, the parties shall immediately advise the undersigned's Chambers.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of September, 2023.

     LAUREN F. LOUIS
     UNITED STATES MAGISTRATE JUDGE

2